# Michael Faillace & Associates, I

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Teleph
Facsir

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/2/2020

CTucker@faillacelaw.com

March 2, 2020

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:      <u>Damian et al v. 5060 Auto Service, Inc. et al</u>
      CASE #:   1:19-cv-09226-AT

Your Honor:

      We represent Plaintiff in the above-named action. We write to respectfully request a brief extension to submit fairness materials by March 16, 2020. The reason for the request is to permit a brief additional time to resolve the language of the payment schedule and exchange the materials for signatures.

      There have been no previous requests to adjourn and we apologize to the Court for any delay in the submission. The original date to submit the materials is March 2, 2020. *Dkt. No. 18*. The defense consents to the instant request. The request does not interfere with any scheduled dates.

      We express our sincere thanks to the Court for the time and attention to this matter.

                  Respectfully submitted,

                  By:   */s/ Clifford Tucker*
                        Clifford R. Tucker, Esq.

GRANTED. By **March 16, 2020**, the parties shall submit their fairness materials.

SO ORDERED.

Dated: March 2, 2020
      New York, New York

**ANALISA TORRES**
**United States District Judge**