```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2020
```

# LAW OFFICE OF BRIAN L. G[REBEN]

316 Great Neck Road  
Great Neck, NY 11021

Phone: (516) 304-5357  
Fax: (516) 726-8425

Email: brian@grebenlegal.com

March 16, 2020

**VIA ECF**

Judge Analisa Torres  
United States District Court  
Southern District of New York  
500 Pearl Street  
Yonkers, NY 10007

Re: *Damian v. 5060 Auto Service, Inc. et al.*  
Case No.: 19 Civ. 9226 (AT)

Dear Judge Torres:

I am defendants' attorney in the instant action, and write to request an adjournment of the deadline for submitting fairness documents. Today was the deadline for submitting the papers, and the parties have been working diligently to prepare them. However, the covid-19 outbreak has decimated defendants' business – the number of customers parking in the subject garage has dropped off dramatically, and will likely drop of substantially more in light of the new prohibitions on restaurants and bars – and they cannot comply with the original payment schedule. Because of this, I contacted plaintiff's counsel to ask about restructuring the settlement payment schedule. Plaintiff's counsel did not reject my suggestion, and the two sides are currently negotiating regarding the number of payments, the amount of the individual payments, etc.

Accordingly, the parties are hereby requesting that the deadline for submitting fairness documents be adjourned by an additional thirty (30) days to allow us to agree to a new schedule and draft new documents. Plaintiff's counsel consents to the relief sought herein. This is the second request for an adjournment of the fairness papers' due date (the previous request was granted); we are not aware or any existing deadlines that will conflict with our request.

Thank you for your time and consideration.

Very truly yours,

Brian L. Greben

GRANTED. By **April 16, 2020**, the parties shall submit their fairness materials.

SO ORDERED.

Dated: March 16, 2020  
New York, New York

ANALISA TORRES  
United States District Judge